| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:12CR00502-003 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 16CR40014 TSH |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Michael L. Taylor | UTAH |
| | DIVISION |
| | CENTRAL |
| | NAME OF SENTENCING JUDGE |
| | Tena Campbell |

| DATES OF SUPERVISION TERM | FROM 12/18/2015 | TO 12/17/2018 |
|---|---|---|

OFFENSE

41 U.S.C. § 2102(b) – Violation of the Procurement Integrity Act

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court of the United States District Court of upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

3/9/2016
Date

*Tena Campbell*

*Tena Campbell, Senior United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

Effective Date

*United States District Judge*